30164. MORTON v. MORTON.

UNDERCOFLER, Presiding Justice.

This appeal is from the denial of a petition for contempt for violation of the following divorce decree provision, "In the event special education is required for Pam Morton, the husband and wife shall consult together as to what special education is needed and the husband shall be responsible for the cost thereof."

We find no error. The evidence does not demand a

finding that the child received special education.
*Judgment affirmed. All the Justices concur.*

ARGUED SEPTEMBER 3, 1975 — DECIDED SEPTEMBER 23, 1975.

*Green & Alderman, William O. Green, Jr., Larry K. Butler,* for appellant.
William J. Morton, *pro se.*